IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD LUCAS WILSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5541

Opinion filed March 1, 2017.

An appeal from an order of the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

Richard Lucas Wilson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.